■ JAMES CONSTRUCTION CORP., Respondent, v. ADSON BUILDERS, INC., Defendant, and BOARD OF EDUCATION OF RAMAPO CENTRAL SCHOOL DISTRICT No. 2, ROCKLAND COUNTY, Appellant.— Order of the Supreme Court, Rockland County, entered April 24, 1973 and made upon reargument, affirmed. No opinion. Appeal from order of said court, entered May 1, 1972 dismissed as moot. One bill of $20 costs and disbursements is awarded to cover both

1054

appeals. Hopkins, Acting P. J., Shapiro, Cohalan, Christ and Benjamin, JJ., concur.